

FILED
CLERK, U.S. DISTRICT COURT

MAR 2 4 2017

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br>ERIC ALLEN HAENSGEN,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>17-MJ-623<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of _Defendant_____, IT IS ORDERED that a detention hearing is set for ____March 30,_____, _2017_____, at _2:00_____ ☐a.m. / ☒p.m. before the Honorable _____Jacqueline Chooljian_____, in Courtroom _"341" Roybal_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __3/24/17__                    _____[signature]_____
                                      U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                 Page 1 of 1